Your Name: Wei Guo, Xuan Qi

Address: 3016 Forbes Ave, Santa Clara, CA, 95051

Phone Number: 4055175610, 4053970560

Email Address: weiguo7690@gmail.com

Pro Se Plaintiff

**FILED**

JUN 10 2026  CH

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ■ San Jose ☐ Eureka-McKinleyville

Wei Guo

Xuan Qi

        Plaintiff,

    v.

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 5:26-cv-01420-BLF

**NOTICE OF VOLUNTARY DISMISSAL OF**

[check one]

    ☑ **THIS ENTIRE CASE**

    ☐ **ONLY DEFENDANT** [name]

JUDGE:

Hon. BETH LABSON FREEMAN

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

    ■ this entire case.

    ☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 06/10/2026

Signature: Wei Guo

Print Name: Wei Guo, Xuan Qi

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: 5:26-cv-01420-BLF

JDC TEMPLATE, UPDATED 11/2024